UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **D&J INVESTMENTS OF CENLA LLC, ET AL** | **CIVIL ACTION NO. 1:23-CV-00508** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BAKER HUGHES, A GE COMPANY LLC, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 42], and considering the objections thereto, and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiffs' MOTION TO REMAND [Doc. 17] is DENIED.

THUS, DONE AND SIGNED in Chambers, this 24th day of January, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE